HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
LINDA C. ALLISON, State Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorneys for Defendant
RALPH T. STORMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RALPH T. STORMER,<br><br>Defendant. | CASE NO. 2:18-PO-243-KJN<br><br>STIPULATION AND ORDER TO VACATE THE BENCH TRIAL AND SET CHANGE OF PLEA<br><br>DATE: January 16, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney, ERIC CHANG, and Assistant Federal Defender, LINDA C. ALLISON, attorney for RALPH T. STORMER, that the bench trial set for December 17, 2018 at 9:00 a.m. be vacated and a change of plea be set for January 16, 2019 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

DATED: December 3, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender

DATED: December 3, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ *Eric J. Chang*
ERIC J. CHANG
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RALPH T. STORMER,

    Defendant.

NO. 2:18-PO-243-KJN

ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA

The Court orders the bench trial set for December 17, 2018, be vacated and a change of plea be set for January 16, 2019, at 9:00 a.m., before the Hon. Kendall J. Newman.

Dated: December 3, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE